[Nos. 20238–3–I; 20912–7–I. Division One. December 5, 1988.]

EMIL G. CHAVES, *Respondent,* v. GUNNI ROOS, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 85–3–06241–1, Gerard M. Shellan, J., entered March 12, 1987. *Affirmed* by unpublished opinion per Patrick, J. Pro Tem., concurred in by Swanson and Webster, JJ.

[No. 8629–1–III. Division Three. December 6, 1988.]

PUD No. 1 OF OKANOGAN COUNTY, *Appellant,* v. PUD No. 1 OF DOUGLAS COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Chelan County, No. 87–2–00155–0, Clinton J. Merritt, J., entered May 14, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Munson, J.

[No. 21319–9–I. Division One. December 7, 1988.]

MARGIE L. WALKER, *Petitioner,* v. BONNEY WATSON COMPANY, *Defendant,* RESTLAWN MEMORIAL PARK, INC., ET AL, *Respondents.*

The unpublished opinion in this cause, which was filed on May 2, 1988, is *withdrawn* by order dated December 7, 1988.

[No. 8632–8–II. Division Two. December 8, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBIN DUANE TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 84–1–00751–6, Thomas L. Lodge, J., entered March 29, 1985. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.